Patrick F. Bright (SBN 68709)
**WAGNER, ANDERSON & BRIGHT, LLP**
3541 Ocean View Boulevard
Glendale, California 91208
Tel.: (818) 249-9300
Fax: (818) 249-9335
E-mail: pbright@brightpatentlaw.com

Attorneys for Plaintiff, Datasec Corporation,
a Delaware corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DATASEC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV HOLDINGS LLC, a Delaware corporation, and DIRECTV ENTERPRISES, LLC, a Delaware corporation; DIRECTV OPERATIONS, LLC, a Delaware corporation, DIRECTV, INC., a Delaware Corporation; DTV NETWORK SYSTEMS, INC., a Delaware corporation, and DISH NETWORK CORPORATION, a Nevada corporation,<br><br>Defendants. | Case No. CV 08-02345 CAS (JTLx)<br><br>[Honorable Christina A. Snyder]<br><br>**REQUEST FOR DISMISSAL (WITHOUT PREJUDICE)**<br><br>First-Amd. Complaint Filed: May 20, 2008;<br><br>Complaint Filed: April 9, 2008 |

Plaintiff, Datasec Corporation, a Delaware corporation, through its counsel of record, hereby dismisses its Complaint filed April 9, 2008, and its First-Amended Complaint filed May 20, 2008, without prejudice, against Defendants, DirecTV Holdings LLC, a Delaware corporation; DirecTV Enterprises, LLC, a Delaware corporation; DirecTV Operations, LLC, a Delaware corporation; DirecTV, Inc., a Delaware corporation; DTV Network Systems, Inc., a Delaware corporation; and DISH Network

Corporation, a Nevada corporation.

Dated: August 6, 2008

Respectfully submitted,

WAGNER, ANDERSON & BRIGHT, LLP

By: [signature]
Patrick F. Bright
Attorneys for Plaintiff, Datasec Corporation, a Delaware corporation